speech may be imposed in absence of actual or threatened illegality. And second, experience suggests that seeking to bring the First Amendment to the assistance of abortion protesters is more likely to harm the former than help the latter.

No. 98–227. PRUNTY, WARDEN, ET AL. *v.* SINGH. C. A. 9th Cir. Motion of respondent for leave to proceed *in forma pauperis* granted. Certiorari denied.

No. 98–6420 (A–286). FITZGERALD *v.* GREENE, WARDEN. C. A. 4th Cir. Application for stay of execution of sentence of death, presented to THE CHIEF JUSTICE, and by him referred to the Court, denied. Certiorari denied. JUSTICE STEVENS and JUSTICE GINSBURG would grant the application for stay of execution.

No. 97–8932. BARBIR *v.* WHITE, WARDEN, 524 U. S. 943. Petition for rehearing denied.

OCTOBER 20, 1998

No. A–326. POLAND *v.* RENO, ATTORNEY GENERAL, ET AL. Application for stay of execution of sentence of death, presented to THE CHIEF JUSTICE, and by him referred to the Court, denied.

No. A–330. STEWART, DIRECTOR, ARIZONA DEPARTMENT OF CORRECTIONS, ET AL. *v.* POLAND. Application to vacate the stay of execution of sentence of death entered by the United States District Court for the District of Arizona on October 20, 1998, presented to JUSTICE O'CONNOR, and by her referred to the Court, denied.

No. 98–6529 (A–320). IN RE POLAND. Application for stay of execution of sentence of death, presented to JUSTICE O'CONNOR, and by her referred to the Court, denied. Petition for writ of habeas corpus denied.

No. 98–6548 (A–328). POLAND *v.* ARIZONA. Sup. Ct. Ariz. Application for stay of execution of sentence of death, presented